C. A. No. 78-268. STATE *v.* JAMES RODERICK. The motion

to reargue or in the alternative to amend the opinion is denied.

Mr. Justice Weisberger did not participate. *Dennis J. Roberts II*, Attorney General, *Lawrence M. Iacoi*, Special Assistant Attorney General, for plaintiff. *Mann & Roney, Robert B. Mann*, for defendant.